## U.S. DISTRICT COURT, EASTERN DISTRICT OF WISCONSIN

Operating Engineers Local 139 Health
Benefit Fund, et al.,

          Judgment Creditor

v.

Tracks Custom Crushing, Inc.,

          Judgment Debtor

v.

Payne & Dolan, Inc.,

          Garnishee

**Garnishment
Summons and Complaint
For Non-Earnings**

Case No. 09-C-0044

US DISTRICT COURT EAST DIST. WISC
FILED

**NOV – 2 2009**

AT_____ O'CLOCK_____M
JON W. SANFILIPPO, CLERK

TO THE GARNISHEE:
You are summoned as garnishee of the debtor(s). Within 20 days after you have been served with this summons and complaint, you are required to answer as described in §812.11, Wis. Stats. whether you are indebted to or have in your possession or under your control any property of the debtor(s). You must file the original of your answer with the Clerk of the United States District Court for the Eastern District of Wisconsin and serve a copy on the creditor's attorney or creditor.

If you fail to answer, judgment will be entered against you for the amount of the creditor's judgment against the debtor plus the costs of this action.

If you are indebted to the debtor for the sale of agricultural products grown or produced by a person or his or her minor children, you are required to pay the debtor the prescribed subsistence allowance under §812.18(2m)(b), Wis. Stats.

From the balance remaining after any subsistence allowance has been paid and for all other garnishments, you must retain the amount of creditor's claim as stated below, plus costs not to exceed $40.

You are to retain this property pending the further order of the court. Any excess indebtedness is not subject to the garnishment as provided in §812.18(3), Wis. Stats.

| Signature of the Attorney /s/ Laura M. Finnegan | Date October 30, 2009 |
|---|---|

/s/ Deputy Clerk

## CREDITOR'S CLAIM

THE CREDITOR STATES that a judgment, as described below, was entered in Federal Court:

| Name of Debtor(s) Tracks Custom Crushing, Inc. | |
|---|---|

| Case Number 09-C-0044 | Date of Entry of Judgment May 6, 2009 | Amount of Judgment $68,534.13 |
|---|---|---|

and that this summary provides the total amount due over and above all offsets.

| Creditor's Claim $68,534.13 | Costs | Interest | Total Due on Creditor's Claim $68,534.13 |
|---|---|---|---|

The creditor believes that the garnishee is indebted to or has control or possession over property of the debtor which is not exempt from execution.

| Signature of Creditor/Attorney /s/ Laura M. Finnegan | Date 10/30/09 |
|---|---|
| Address Laura M. Finnegan Baum Sigman, *et al.* 200 W. Adams St., Suite 2200 Chicago, IL 60606 | Attorney's Telephone No. 312/236-4316 |

I:\139J\Tracks Custom\garnishment (payne & dolan).lmf.df.wpd