| | |
|---|---|
| Operating Engineers Local 139 Health Benefit Fund, et al., | **Garnishment** |
| Judgment Creditor | **Summons and Complaint** |
| v. | **For Non-Earnings** |
| Tracks Custom Crushing, Inc., | |
| Judgment Debtor | **Case No.** 09-C-0044 |
| v. | |
| Payne & Dolan, Inc., | |
| Garnishee | |

**TO THE GARNISHEE:**

You are summoned as garnishee of the debtor(s). Within 20 days after you have been served with this summons and complaint, you are required to answer as described in §812.11, Wis. Stats. whether you are indebted to or have in your possession or under your control any property of the debtor(s). You must file the original of your answer with the Clerk of the United States District Court for the Eastern District of Wisconsin and serve a copy on the creditor's attorney or creditor.

If you fail to answer, judgment will be entered against you for the amount of the creditor's judgment against the debtor plus the costs of this action.

If you are indebted to the debtor for the sale of agricultural products grown or produced by a person or his or her minor children, you are required to pay the debtor the prescribed subsistence allowance under §812.18(2m)(b), Wis. Stats.

From the balance remaining after any subsistence allowance has been paid and for all other garnishments, you must retain the amount of creditor's claim as stated below, plus costs not to exceed $40.

You are to retain this property pending the further order of the court. Any excess indebtedness is not subject to the garnishment as provided in §812.18(3), Wis. Stats.

| Signature of the Attorney /s/ Laura M. Finnegan | Date October 30, 2009 |
|---|---|

/s/ Deputy Clerk

## CREDITOR'S CLAIM

THE CREDITOR STATES that a judgment, as described below, was entered in Federal Court:

| Name of Debtor(s) Tracks Custom Crushing, Inc. | | |
|---|---|---|
| Case Number 09-C-0044 | Date of Entry of Judgment May 6, 2009 | Amount of Judgment $68,534.13 |

and that this summary provides the total amount due over and above all offsets.

| Creditor's Claim $68,534.13 | Costs | Interest | Total Due on Creditor's Claim $68,534.13 |
|---|---|---|---|

The creditor believes that the garnishee is indebted to or has control or possession over property of the debtor which is not exempt from execution.

| Signature of Creditor/Attorney /s/ Laura M. Finnegan | Date 10/30/09 |
|---|---|
| Address Laura M. Finnegan Baum Sigman, *et al.* 200 W. Adams St., Suite 2200 Chicago, IL 60606 | Attorney's Telephone No. 312/236-4316 |

# AFFIDAVIT OF SERVICE

*U.S. Dis. Court, Eastern, D*

[ ] Milwaukee Co. [ ] Racine Co. [ ] Kenosha Co. [ ] Waukesha Co. [ ] Washington Co. [ ] _____ Co. _

**STATE OF WISCONSIN}**
**Milwaukee County}** ss

Case No. _09 C 0044_

Court Date: _____

Document(s) attached: [ ] Summons & Complaint [ ] Subpoena [ ] Subpoena Duces Tecum [✓] Check in the amount of $~~300~~ _____ Travel or Witness Fee
[ ] Order to Appear before a Court Commissioner [ ] Order [ ] Motion [ ] Order to Show Cause [ ] Summons [ ] _____ Set of Written Interrogatories
[ ] Request for Production of Documents [ ] Jury Demand
Other (2) Copies, Garnishment Summons + Complaint for Non-Earnings

**Corporate Service**

I, _Chris Kratochvil_ , being duly sworn on oath, state I am an adult resident of this State. I am not a party to

the legal action of the attached document(s) which was/were served upon the below named party and endorsed as required by Wis. Stats. 801(10)(2).

_Payne + Dolan Inc_ and leaving with

_Charles Bechthold_ _V. P._

[X] Officer [ ] Registered Agent [ ] Person Apparently in Charge [ ]Managing Agent [ ] Authorized Agent [ ] Person Design to Receive Legal Process

Address _N 3 W 23650 Badinger Rd_ [ ] City of Milwaukee or [X] _Waukesha_ WI.

on the _11_ day of _Nov._ 2009 _1020_ [✓] a.m. [ ] p.m. a true and correct copy of the said documents informing

_Him_ of the contents thereof of.

**Garnishee Service** [ ] Earnings [ ] Non Earnings

I, _____, as an agent for State process Service, Inc. being duly sworn on oath state that I am an adult resident of the State of Wisconsin and that I am not a party to the action to which this affidavit is attached. I further swear that I did serve the above identified attached document in the above entitled action, hereto annexed, upon the named garnishee identified as:

_____by leaving with_____

Address_____ [ ] City of Milwaukee or [ ] _____WI

person in charge, personally, a true and correct (authenticated) copy thereof paying the legal fee of $ _____ at _____[ ]a.m. [ ] p.m.

on the _____ of _____ 2009

**Court Commissioner Service**

I, _____, as an agent for State Process service, Inc. being duly sworn on oath state that I am an adult resident of the State of Wisconsin and that I am not a party to the action to which this affidavit is attached. I further swear that I did serve the above identified attached

document in the above entitled action by delivering to and leaving with _____ a true and correct

(authenticated) copy thereof exhibiting to _____ the original signed by the Honorable_____ [ ] Judge [ ] Court Commissioner

at Address_____ [ ] City of Milwaukee or [ ] _____WI

on the _____ day of _____ 2009 at _____ [ ] a.m. [ ] p.m.

Subscribed and sworn to before me this _____

day of _____,2009

Notary Public _____

My Commission expires_____

**STATE PROCESS SERVICE, INC.**

_____ OF _____ AFFIDAVITS

Fee for Service : _____

Fees: Mileage_____ @ . / mile: _____

Fees: Hourly _____ @ $ /hr _____

Special Fees::_____ _____

© State Process Service, Inc. 2009

TOTAL FEES: $ _33 00_

Agent

Sandy Emler NOTARY PUBLIC Wisconsin