UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

OPERATING ENGINEERS LOCAL 139
HEALTH BENEFIT FUND, *et al.*,

                      Plaintiffs,            CIVIL ACTION

     v.                                      NO. 09-C-0044

TRACKS CUSTOM CRUSHING, INC.,         HON. RUDOLPH T. RANDA
a Wisconsin corporation,

                      Defendant,

     and

PAYNE & DOLAN, INC.,

                      Garnishee Defendant.

_____

## NOTICE OF MOTION
_____

TO:    Tracks Custom Crushing, Inc.            Ms. Cecilia M. McCormack
        c/o Kevin L. Dahlgren, Registered Agent   Corporate Counsel
        9308 S. 29th Street                       Payne & Dolan, Incorporated
        Franklin, WI  53132                     PO Box 781
                                                         N3W23650 Badinger Road
                                                         Waukesha, WI  53187

       YOU ARE HEREBY NOTIFIED that Plaintiffs have filed a Motion for Turn-Over Order against Garnishee, PAYNE & DOLAN, INC., before the Honorable Rudolph T. Randa, Judge of the United States District Court for the Eastern District of Wisconsin, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin.  A copy of said motion is hereby served upon you.

                                                    /s/   Laura M. Finnegan

## CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m. this 13th day of May 2010, she electronically filed the foregoing document (Notice of Motion), Motion for Turn-Over Order and Turn-Over Order with the Clerk of Court using the ECF system, and further certifies that I have mailed the above-referenced documents by United States Mail to the following non-ECF participants:

        Tracks Custom Crushing, Inc.
        c/o Kevin L. Dahlgren, Registered Agent
        9308 S. 29th Street
        Franklin, WI 53132

        Ms. Cecilia M. McCormack
        Corporate Counsel
        Payne & Dolan, Incorporated
        PO Box 781
        N3W23650 Badinger Road
        Waukesha, WI 53187

        /s/ Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\139J\Tracks Custom\notice of motion (payne & dolan).lmf.df.wpd