# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**OPERATING ENGINEERS LOCAL 139**
**HEALTH BENEFIT FUND, et al.,**

        **Plaintiff,**

                              **Case No. 09-C-44**

    **-vs-**

**TRACKS CUSTOM CRUSHING, INC.,**
**a Wisconsin corporation,**

        **Defendant.**

    **and**

**PAYNE & DOLAN, INC.,**

        **Garnishee Defendant.**

## TURN-OVER ORDER

This matter coming on to be heard upon the Motion of Plaintiffs for entry of a turn-over order against Garnishee-Defendant, Payne & Dolan, Inc., and the Court being fully advised in the premises, FINDS:

    1.    On May 6, 2009, judgment was entered by the Honorable Rudolph T. Randa in favor of Plaintiffs and against Defendant, Tracks Custom Crushing, Inc., in the amount of $68,534.13.

    2.    On November 11, 2009, Plaintiffs caused a Garnishment Summons and Complaint for Non-Earnings to be served on Garnishee Defendant, Payne & Dolan, Inc.

3. On November 16, 2009, Garnishee Defendant answered Plaintiffs' Garnishment Summons and Complaint indicating that it was in possession of $1,645.90, which was then due and owing to Defendant, Tracks Custom Crushing, Inc.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED.

Plaintiffs have and recover from the Garnishee-Defendant, Payne & Dolan, Inc., the sum of $1,645.90.

Dated at Milwaukee, Wisconsin, this 13th day of May, 2010.

                **SO ORDERED,**

                *s/ Rudolph T. Randa*
                **HON. RUDOLPH T. RANDA**
                **U.S. District Judge**